## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIE N. MILLS, individually and as Co-Personal Representative of the Estate of Medric C. Mills, Jr., and on behalf of SANDRA ANN MILLS,**<br>**1221 Hamilton Street NE**<br>**Washington, DC 20011**<br><br>**Medric C. Mills, III, individually and as Co-Personal Representative of the Estate of Medric C. Mills, Jr., and on behalf of SANDRA ANN MILLS,**<br>**1221 Hamilton Street NE**<br>**Washington, DC 20011**<br><br>      **v.**<br><br>**THE DISTRICT OF COLUMBIA,**<br><br>**KELLENE DAVIS, individually and in her official capacity**<br>**4103 4th Street NW**<br>**Washington, DC 20011,**<br><br>**GEORGE R. MARTIN, individually and in his official capacity**<br>**1421 Lehman Court**<br>**Annapolis, MD 21409,**<br><br>**DAVID RICHARD DENNIS,**<br>**individually and in his official capacity**<br>**21013 Insley Drive**<br>**Tyaskin, MD 21865,** | **Case No.** 15-cv-1134 |

**GARRET THOMAS MURPHY,**
**individually and in his official capacity**
**260 Reeser Driver**
**York Haven, PA 17370,**

**REMY JONES, individually and in his**
**official capacity**
**139 49th Street NE**
**Washington, DC 20019,**

**JANE DOE #1, individually and in her**
**official capacity**
**Office of Unified Communications**
**2720 Martin Luther King, Jr. Avenue, SE**
**Washington, DC 20032,**

**JANE DOE #2, individually and in her**
**official capacity**
**Office of Unified Communications**
**2720 Martin Luther King, Jr. Avenue, SE**
**Washington, DC 20032,**

**JANE DOE #3, individually and in her**
**official capacity**
**Office of Unified Communications**
**2720 Martin Luther King, Jr. Avenue, SE**
**Washington, DC 20032,**

**and**

**JANE DOE #4, individually and in her**
**official capacity**
**Office of Unified Communications**
**2720 Martin Luther King, Jr. Avenue, SE**
**Washington, DC 20032**

**Defendants.**

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441, and 1446, and Fed. R. Civ. P. 81(c), Defendant, the District of Columbia ("the District"), by and through undersigned counsel, hereby removes *Mills v. District of Columbia, et al.*, Civil Action Number 2015 CA 001121 B, which was brought in the Superior Court for the District of Columbia, to this Court because the claims raised in the Complaint assert Federal questions appropriate for resolution by this Court.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship of the parties.  28 U.S.C. § 1441(b).  Here, in Count I of the Complaint, Plaintiffs assert a claim under *Monell v. Dep't of Social Servs of City of New York*, 436 U.S. 658 (1978) against the District of Columbia under 42 U.S.C. § 1983.  Counts II and III of the Complaint further assert claims under 42 U.S.C. § 1983 against the other defendants.  Because these claims arise under federal law, this Court has original jurisdiction over them under 28 U.S.C. § 1331.  Therefore, under 28 U.S.C. § 1441(a), the District may remove this action to this Court.

Federal statute 28 U.S.C. § 1446 is satisfied because this Notice is filed within thirty days after service of process upon the District, which was June 23, 2015.  The District has attached copies of all pleadings and orders served upon the District in this

matter, as well as papers filed in the Superior Court for the District of Columbia as Exhibit A.  After this Notice is filed in United States District Court for the District of Columbia, the District will send Plaintiff written notice of the removal and will file the Notice of Removal with the Clerk of the Court for the Superior Court for the District of Columbia.

Venue is proper as the United States District Court for the District of Columbia includes the District of Columbia, where the events giving rise to this action allegedly occurred, and where the Superior Court for the District of Columbia is located.

Defendants the District, Kellene Davis, George R. Martin, and Richard Dennis all consent to removal.  No other defendant has been served as of the time of this filing.

Accordingly, the District removes this action to this Court from the Superior Court for the District of Columbia, Civil Division.

Respectfully submitted,

KARL A. RACINE
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

JONATHAN H. PITTMAN
Acting Assistant Deputy Attorney General
Civil Litigation Division

/s/ Shana L. Frost
SHANA L. FROST [458021]

4

Acting Chief,

Civil Litigation Division Section III

Direct: (202) 724-6534

Fax:  741-8934

shana.frost@dc.gov


*/s/ Martha J. Mullen*

MARTHA J. MULLEN []

Senior Assistant Attorney General

Direct: (202) 724-6612

Fax:  730-0635

martha.mullen@dc.gov


*/s/ Aaron J. Finkhousen*

Aaron J. Finkhousen [1010044]

Assistant Attorney General

441 Fourth Street, NW, 6th Floor South

Washington, D.C. 20001

Direct: (202) 724-7334

Fax: (202) 730-0493

aaron.finkhousen@dc.gov